VAN–019 Deficiency Notice – Rev. 07/29/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Kenneth Collins Jr.
 ( debtor has no known aliases )
9015 Grouse Run Lane
Fayetteville, NC 28314

CASE NO.: 09–06941–8–ATS

DATE FILED: August 18, 2009

CHAPTER: 13

Stephanie Collins
 ( debtor has no known aliases )
9015 Grouse Run Lane
Fayetteville, NC 28314

DEFICIENCY NOTICE

The above referenced petition has been filed. In order for the case to be administered, it is necessary that the item(s) described below be filed by **September 2, 2009** .

- ☐ Schedule A
- ☐ Schedule B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Statement of Affairs
- ☐ Statement of Current Monthly Income
- ☐ Exhibit B – signed by attorney
- ☐ Debtor(s) signature – pg. 3 of Office Form 1

Pursuant to §521(i)(1) of the Bankruptcy Code, this case may be automatically dismissed effective on the 46th day after the date of the filing of the petition if the above listed deficiency is not corrected. Should the case be dismissed and the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

The Chapter 13 plan must be filed by **September 2, 2009** .

Pursuant to Bankruptcy Rule 1008, all petitions, lists, schedules, statements, and amendments should be verified or contain an unsworn declaration as provided in 28 U.S.C. 1746.

The three day mailing period as provided for under Rule 9006(f), Federal Rules of Bankruptcy Procedure, does not apply.

DATED: August 19, 2009

Donna Harris
Deputy Clerk