**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**
**CASE NUMBER: 09-06941-8-ATS**
**CHAPTER 13**

IN RE:
  KENNETH COLLINS, JR. AND           **NOTICE OF APPEARANCE PURSUANT**
  STEPHANIE COLLINS                   **TO BANKRUPTCY RULE 9010 (b) and**
                                  **REQUEST FOR NOTICES UNDER**
                                  **BANKRUPTCY RULE 2002**

To the Clerk of the United States Bankruptcy Court:

      **PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

Kimberly A. Sheek
Shapiro & Ingle, L.L.P.
8520 Cliff Cameron Drive, Suite 300
Charlotte, NC 28269

as counsel for PHH Mortgage Corporation, a creditor of the above named Debtor(s).

      **REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

*s/ Kimberly A. Sheek*
Kimberly A. Sheek
NC Bar # 34199

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on the date set forth below, this Notice of Appearance was served by first class U.S. mail, postage prepaid, or by electronic mail, if applicable, to the following:

Trawick H. Stubbs, Jr.
Post Office Box 1618
New Bern, NC 28563

Grant Winfield Patten
PO Box 42504
Fayetteville, NC 28309

This the 25th day of August, 2009

*s/ Kimberly A. Sheek*
Kimberly A. Sheek
NC Bar # 34199

09-117417