United States Bankruptcy Court
Eastern District of North Carolina

0896941

GRANT W. PATTEN
ATTORNEY AT LAW
PO BOX 42504
FAYETTEVILLE, NC 28304

Other Names Used:

IN RE
KENNETH COLLINS
9015 GROUSE RUN LANE

FAYETTEVILLE, NC 28314
SSN or Tax I.D.        XXX-XX-0354
-------------------------------
STEPHANIE COLLINS
9015 GROUSE RUN LANE

FAYETTEVILLE, NC 28314
SSN or Tax I.D.        XXX-XX-8703

CLAIM NO:  -Court-A           U.S.

U.S. Bankruptcy Court
1760-A Parkwood Blvd
Wilson, NC 27893

OBJECTION TO CONFIRMATION
AND MOTION TO DISMISS

The undersigned Chapter 13 Trustee reports to the Court that the plan of the debtor(s) does not meet the requirements of 11 USC 1325 in that:

The debtor(s) have failed to file a confirmable Chapter 13 plan.

It is requested that the Court enter an Order denying confirmation and dismissing the case, and

The debtor is hereby notified that unless the debtor(s) file(s) a written request for a hearing within twenty (20) days of this notice, the Court will summarily dismiss this case without further notice or hearing.

DATED:  November 06, 2009              /S/ Trawick H. Stubbs, Jr.
                                        _____
                                        Trawick H. Stubbs, Jr.
                                        Chapter 13 Trustee

| | | | | |
|---|---|---|---|---|
| CASE: 0896941 | TRUSTEE: 2V | COURT: 278 | | Page 1 of 1 |
| TASK: 11-05-2009.00327977.BLB008 | | DATED: 11/06/2009 | | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Trawick H. Stubbs, Jr. | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | KENNETH COLLINS | 9015 GROUSE RUN LANE<br>FAYETTEVILLE, NC 28314 |
| Joint | | STEPHANIE COLLINS | 9015 GROUSE RUN LANE<br>FAYETTEVILLE, NC 28314 |
| 799 | 000002 | GRANT W. PATTEN<br>PO BOX 42504 | ATTORNEY AT LAW<br>FAYETTEVILLE, NC 28304 |

5 NOTICES

THE ABOVE REFERENCED MOTION WAS MAILED TO EACH OF THE ABOVE ON  11/06/2009.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   11/06/2009   BY  /S/EPIQ Systems, Inc.

*CM - Indicates motion served via Certified Mail